```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 60448
   JAMES MCCAHILL
   SHARON MCCAHILL                           CHAPTER 13

                                             JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-5702     SSN XXX-XX-2909

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 04/17/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/16/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
ABN AMRO                   CURRENT MORTG          .00            .00            .00
HSBC AUTO FINANCE          SECURED            12877.77        1515.95       12877.77
HSBC AUTO FINANCE          UNSEC W/INTER         .00            .00            .00
ADVOCATE CHRIST MEDICAL    UNSEC W/INTER         .00            .00            .00
ADVOCATE CHRIST MEDICAL    UNSEC W/INTER         .00            .00            .00
ASPIRE                     UNSEC W/INTER         .00            .00            .00
CAPITAL ONE                UNSEC W/INTER      8223.34        1017.70        8223.34
CLINICAL ASSOCIATES        UNSEC W/INTER         .00            .00            .00
DR BIRHANU                 UNSEC W/INTER         .00            .00            .00
KENNETH M GREBLIUNAS DDS   UNSEC W/INTER         .00            .00            .00
DR KENNETH MGREBLIUNAS     UNSEC W/INTER         .00            .00            .00
DR ROSE GOMEZ              UNSEC W/INTER         .00            .00            .00
FALLS COLLECTION SERVICE   UNSEC W/INTER       210.00          25.97         210.00
GREAT BANK OF ALGONQUIN    UNSEC W/INTER      2164.34         267.77        2164.34
HOLY CROSS HOSPITAL        UNSEC W/INTER         .00            .00            .00
HOLY FAMILY MED CTR        UNSEC W/INTER         .00            .00            .00
OSI COLLECTIONS            NOTICE ONLY    NOT FILED             .00            .00
OCCU SPORT SVS INC         UNSEC W/INTER         .00            .00            .00
PALOS COMMUNITY HOSPITAL   UNSEC W/INTER         .00            .00            .00
PLASTIC SURGERY & HAND S   UNSEC W/INTER         .00            .00            .00
LVNV FUNDING LLC           UNSEC W/INTER      8821.13        1091.63        8821.13
RUSH BEHAVIORAL SYSTEMS    UNSEC W/INTER         .00            .00            .00
SO SUB COUNSEL ON ALCOHO   UNSEC W/INTER         .00            .00            .00
PHILIP A IGOE              ATTORNEY              .00            .00            .00
JOSEPH J CARDINAL          DEBTOR ATTY        600.00                         600.00
TOM VAUGHN                 TRUSTEE                                          2,550.92
DEBTOR REFUND              REFUND                                           2,649.78

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 60448 JAMES MCCAHILL & SHARON MCCAHILL
```

```
TRUSTEE                                  42,016.30

PRIORITY                                                          .00
SECURED                                                     12,877.77
    INTEREST                                                 1,515.95
UNSECURED                                                   19,418.81
    INTEREST                                                 2,403.07
ADMINISTRATIVE                                                 600.00
TRUSTEE COMPENSATION                                         2,550.92
DEBTOR REFUND                                                2,649.78
                                    ---------------    ---------------
TOTALS                                   42,016.30          42,016.30
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/28/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 05 B 60448 JAMES MCCAHILL & SHARON MCCAHILL